966 A.2d 1075

ZAGAMI, LLC, D/B/A THE LANDMARK AMERICANA TAP AND GRILL, D/B/A LANDMARK LIQUORS, PLAINTIFF–PETITIONER, v. MARY ANN COTTRELL AND LUIS PEREZ, DEFENDANTS–RESPONDENTS.

February 4, 2009.

966 A.2d 1076

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. MICHAEL P. HANNIGAN, DEFENDANT–PETITIONER.

February 11, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for expedited reconsideration on a plenary calendar. *See,* e.g., *State v. Baylass,* 114 *N.J.* 169, 553 *A.*2d 326 (1989), and related cases.

966 A.2d 1076

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANGEL CARTAGENA, DEFENDANT–PETITIONER.

February 26, 2009.

ORDERED that the petition for certification is granted, and the matter is summarily remanded to the trial court for further